# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

                                                Case No. 26-MJ-22 (DLM)

RAUL GUTIERREZ

                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (**x**)Ad Prosequendum                ( )Ad Testificandum

Name of Detainee: RAUL GUTIERREZ

Detained at (custodian): Hennepin County Jail

The United States requests that the ( **X** ) **Investigating Agency** ( ) U.S. Marshals transport the detainee.

Detainee is:   a.)   (**X**) charged in this district by: Complaint
                           Charging Detainee With: firearm and theft offenses   or
             b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   () return to the custody of detaining facility upon termination of this proceeding
        or      b.)   (**X**) be retained in federal custody until final disposition of federal charges.

Appearance is necessary: Forthwith.

Dated: January 16, 2026                                  /s/ *Campbell Warner*
                                                                     Campbell Warner, AUSA

## WRIT OF HABEAS CORPUS

        (X)Ad Prosequendum                              ()Ad Testificandum

The above application is granted and the above-named custodian, the Hennepin County Sheriff, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

January 16, 2026                                    s/Douglas L. Micko
Date                                                  THE HONORABLE DOUGLAS L. MICKO
                                                       UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known: Raul GUTIERREZ

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | N/A | Gender: | Male |
| Booking or Fed. Reg.#: | 2026000974 | DOB: | xx/xx/1992 |
| Facility Address: | 401 S 4th Ave | Race: | White |
| | Minneapolis, MN 55415 | FBI #: | 879898KD8 |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | Weapons and theft offenses | | |

## RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                                              (Signature)