**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-mj-22 DLM |
| | ) | Date: January 16, 2026 |
| Raul Gutierrez, | ) | Courthouse: St. Paul |
| | ) | Courtroom: 6B |
| Defendant. | ) | Time Commenced: 2:32 p.m. |
| | ) | Time Concluded: 2:35 p.m. |
| | ) | Time in Court: 3 minutes |

APPEARANCES:

Plaintiff: Jeanne Semivan, Assistant U.S. Attorney
Defendant: Kate Adams, Assistant Federal Defender
            X FPD          X To be appointed


Date Charges Filed: January 16, 2026          Offense: Felon in possession of a firearm; theft of Government property.

            X Advised of Rights

on      X Complaint

X Government moves for a detention hearing.        X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.


Next appearance date is Wednesday, January 21, 2026 at 10:30 a.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP) for:
    X Detention hrg        X Preliminary hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                    *s/nah*
                                        Signature of Courtroom Deputy